IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WELLS FARGO INVESTMENTS, LLC. a
Delaware limited liability company,

       Plaintiff,        Civil No. 07-1031 ST

       v.               JUDGMENT OF DISMISSAL

JAMES S. FLECK, JASON P. FLECK,
KERRY E. SNOOK, and D.A. DAVIDSON
& CO., a Montana corporation,

       Defendants.

Based on the record and the stipulated motion of the parties, IT IS ORDERED AND ADJUDGED this action is dismissed with prejudice, and without costs or attorney fees to any party.

Dated this 19th day of October, 2007.

                                /s/Janice M. Stewart
                                 Janice M. Stewart
                        United States Magistrate Judge

Pg. 1 - JUDGMENT OF DISMISSAL